No. 164. MADOKORO ET AL. *v.* DEL GUERCIO, DISTRICT DIRECTOR, IMMIGRATION & NATURALIZATION SERVICE. Certiorari denied. *A. L. Wirin* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 167. JORGENSEN *v.* YORK ICE MACHINERY CORP. Certiorari denied. *Louis Phillips* for petitioner. *Edward Ash* for respondent.

No. 168. BELL *v.* NORTH CAROLINA. Certiorari denied. *Raymond Kyle Hayes* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Hughes J. Rhodes,* Assistant Attorney General, for respondent.

No. 169. WAIN *v.* UNITED STATES. Certiorari denied. *Henry G. Singer* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 170. DIXON *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. Certiorari denied. Petitioner *pro se. Homer H. Breland, Bruce Bromley* and *Benjamin R. Shute* for the American Telephone & Telegraph Co. et al., and *James J. Kennedy* for Philipp, Sawyer, Rice & Kennedy et al., respondents.

